# CASE INFORMATION

## Docket Information

skip to results

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 11/10/22 | D | MO | MOTION FOR EXTENSION OF TIME MOTION FOR LEAVE FOR ADDITIONAL TIME TO ANSWER | 📄 |
| 11/08/22 | D | NT | NOTICE OF APPEARANCE, FILED DEFENDANT(S) RALPH VALENTINO JOHN DOE(D1) and CITY OF CLEVELAND(D2) JAMES R. RUSSELL 0075499. | 📄 |
| 11/03/22 | D1 | SR | NOTICE FILED BY ATTORNEY SERVICE OF MOTION TO DISMISS | 📄 |
| 11/03/22 | D3 | MO | MOTION TO DISMISS FILED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION | 📄 |
| 10/28/22 | D1 | SR | CERTIFIED MAIL RECEIPT NO. 48767561 RETURNED 10/27/2022 FAILURE OF SERVICE ON DEFENDANT RALPH VALENTINO JOHN DOE - REFUSED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 10/28/22 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 48767561 RETURNED 10/27/2022 FAILURE OF SERVICE ON DEFENDANT RALPH VALENTINO JOHN DOE - UNCLAIMED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 10/19/22 | N/A | SR | USPS RECEIPT NO. 48767563 DELIVERED BY USPS 10/12/2022 BOLDIN/ROBERT/ PROCESSED BY COC 10/19/2022. | |
| 10/19/22 | N/A | SR | USPS RECEIPT NO. 48767562 DELIVERED BY USPS 10/13/2022 CITY OF CLEVELAND PROCESSED BY COC 10/19/2022. | |
| 10/07/22 | D3 | SR | SUMS COMPLAINT(48767563) SENT BY CERTIFIED MAIL. TO: ROBERT BOLDIN C/O STATE OF OHIO, OH INVEST. UNIT 1970 BROAD STREET COLUMBUS, OH 43223-0000 | 📄 |
| 10/07/22 | D2 | SR | SUMS COMPLAINT(48767562) SENT BY CERTIFIED MAIL. TO: CITY OF CLEVELAND 601 LAKESIDE AVENUE CLEVELAND, OH 44114-0000 | 📄 |
| 10/07/22 | D1 | SR | SUMS COMPLAINT(48767561) SENT BY CERTIFIED MAIL. TO: RALPH VALENTINO JOHN DOE C/O CLEVELAND POLICE DEPARTMENT 1300 ONTARIO STREET CLEVELAND, OH 44113-0000 | 📄 |
| 10/06/22 | D3 | CS | WRIT FEE | |
| 10/06/22 | D2 | CS | WRIT FEE | |
| 10/06/22 | D1 | CS | WRIT FEE | |
| 10/05/22 | N/A | SF | JUDGE MAUREEN CLANCY ASSIGNED (RANDOM) | |
| 10/05/22 | P1 | SF | LEGAL RESEARCH | |
| 10/05/22 | P1 | SF | LEGAL NEWS | |
| 10/05/22 | P1 | SF | LEGAL AID | |
| 10/05/22 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 10/05/22 | P1 | SF | COMPUTER FEE | |
| 10/05/22 | P1 | SF | CLERK'S FEE | |
| 10/05/22 | P1 | SF | DEPOSIT AMOUNT PAID WILLIS TABRON III | |
| 10/05/22 | N/A | SF | CASE FILED | |
| 10/05/22 | P1 | SR | COMPLAINT FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). | 📄 |

Copyright © 2022 PROWARE. All Rights Reserved. 1.1.772



DEFENDANT'S EXHIBIT B