# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **WILLIS TABRON,** | Case No. 1:22-CV-02036 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **RALPH VALENTINO, et al.,** | **SHOW CAUSE ORDER** |
| **Defendants.** | |

On October 5, 2022, Plaintiff filed the above-entitled action in the Cuyahoga County Court of Common Pleas. (Doc. No. 1-1.) Defendant City of Cleveland filed a Notice of Removal in this Court on November 11, 2022. (Doc. No. 1.) The record indicates that Plaintiff has failed to serve Defendant Ralph Valentino as required by the Federal Rules of Civil Procedure.

Once a plaintiff has commenced an action in the federal courts, the plaintiff bears the burden to obtain service of process upon each defendant. To effectuate service upon a defendant, the Civil Rules require the plaintiff to act in a reasonable and diligent manner. Specifically, Rule 4(m) of the Federal Rules of Civil Procedure provides:

> (m) Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Because there is nothing contained in the record that demonstrates why service upon Defendant Ralph Valentino has not been completed within ninety (90) days of the Notice of Removal, the Court hereby notifies Plaintiff that unless good cause is shown for failure to serve Defendant

Ralph Valentino as provided under the Rules, Defendant Ralph Valentino will be dismissed without prejudice on March 21, 2023.

**IT IS SO ORDERED.**

Dated:  March 7, 2023            *s/Pamela A. Barker*
                                 PAMELA A. BARKER
                                 UNITED STATES DISTRICT JUDGE