IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIS TABRON, III, | ) | CASE NO. 1: 22-CV-02036 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANT CITY OF CLEVELAND'S |
| RALPH VALENTINO, *et al.*, | ) | NOTICE TO THE COURT Re: |
| | ) | PARTIES' PLANNING REPORT |
| Defendants. | ) | |

Now comes Defendant, City of Cleveland ("Defendant"), by and through undersigned counsel, and hereby states:

Pursuant to the Court's March 29, 2023 Notice of Case Management Conference, Defendant has made multiple good-faith efforts to contact Plaintiff, WILLIS TABRON III, in order to meet and confer prior to the May 4, 2023 Case Management Conference and draft a Parties' Planning Report.

Plaintiff has failed to respond to Defendant's attempts to schedule a meeting, which include multiple requests sent to the Plaintiff's e-mail address specified on the docket. Notably, the address provided by Plaintiff on the docket is simply a general address of The Beacon, a Cleveland high-rise, and does not specify the apartment number.

As the Court has noted, Plaintiff improperly filed a voluntary dismissal of this matter on April 13, 2023. Plaintiff was then ordered to show cause as to his failure to move to dismiss the Complaint or file a stipulated dismissal by May 2, 2023.

Plaintiff has failed to diligently move this case forward, file any pleadings, respond to the court, or respond to Defendant. Defendant has no objection to a dismissal without prejudice.

Respectfully submitted,

MARK D. GRIFFIN (0064141)
Director of Law

By:    /s/ Affan Ali
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
Affan Ali (0085698)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Fax: (216) 664-2663
Email: aali2@clevelandohio.gov
       jrussell2@clevelandohio.gov
*Attorneys for City of Cleveland*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on the 28th day of April, 2023. Notice of this filing will be sent to all parties registered by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, Plaintiff will be sent a copy via e-mail at WTabron@Gmail.com.

/s/ *Affan Ali*
Affan Ali (0085698)
*Attorney for City of Cleveland*